UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDGAR H. ELIAS ESCOBAR, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | |
| | * | |
| PATRICIA HYDE, Field Office Director, | * | |
| MICHAEL KROL, HIS New England Special | * | Civil Action No. 1:25-cv-12620-IT |
| Agent in Charge, TODD LYONS, Acting | * | |
| Director U.S. Immigration and Customs | * | |
| Enforcement, PAMELA BONDI, U.S. | * | |
| Attorney General, and KRISTI NOEM, U.S. | * | |
| Department of Homeland Security, | * | |
| | * | |
| Respondents. | * | |

## ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 9] granting Petitioner Edgar H. Elias Escobar's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by October 10, 2025; the court's Electronic Order [Doc. No. 11] ordering Petitioner's immediate release from custody on October 11, 2025, and the posting of his bond by October 14, 2025; and Petitioner's Notice of Bond Payment [Doc. No. 14], this action is now CLOSED.

IT IS SO ORDERED.

October 24, 2025                                          /s/ Indira Talwani
                                                          United States District Judge